IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01653-RPM

CHRISTOPHER NADEAU

    Plaintiff,

v.

NATIONWIDE RECOVERY SYSTEMS, LTD.,
a Texas limited liability partnership,

    Defendant.
_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

Pursuant to the Notice of Dismissal With Prejudice, filed August 21, 2007 [4], it is

ORDERED that this civil action is dismissed with prejudice with each party to pay his or its own attorney's fees and costs.

Dated: August 22nd, 2007

BY THE COURT:

s/ Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge